George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile: 503-236-0028
Attorney for Plaintiff, Debra Reysen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBRA REYSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW PAUL, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Civil Action No.: 3:15-CV-00739-AA<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $30,300.00 is approved to plaintiff's counsel. Credit is taken for EAJA fees paid in the amount of $17,000.00, so that the net amount due plaintiff's counsel is $13,300.00.

IT IS SO ORDERED: August 5, 2019

_____
US DISTRICT COURT JUDGE